# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                  Case Number:  6:05-CR-25-ORL-19DAB

**LUIS FERNANDO GIRALDO**

                                                     USM Number: **25896-018**

                                                     Charles M. Greene, CJA
                                                     111 N. Orange Ave., Suite 775
                                                     Orlando, Florida  32801

_____

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to **Count One of the First Superseding Information**.  Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846 | Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine | December 18, 2004 | One |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**The Original Indictment and Count Two of the First Superseding Information are dismissed on the motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

6/27/2005

PATRICIA C. FAWSETT
**CHIEF UNITED STATES DISTRICT JUDGE**

June **29**,2005

LUIS FERNANDO GIRALDO
6:05-CR-25-ORL-19DAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **41 Months**.      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 3/01) Judgment in a Criminal Case

LUIS FERNANDO GIRALDO                                                                                  Page 3 of 5
6:05-CR-25-ORL-19DAB

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.  Said term is to be **unsupervised provided the defendant leaves and does not re-enter the United States**.  Should he be deported, he shall not re-enter the United States without the express permission of the Secretary of the Department of Homeland Security.  Should the defendant leave and subsequently re-enter the United States prior to expiration of the supervised release term, he shall report immediately to the U.S. Probation Office.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

**The mandatory drug testing requirements of the Violent Crime Control Act are imposed.  Based on the probation officer's determination that additional drug urinalysis is necessary, the court authorizes random drug testing not to exceed 104 tests per year**.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).  The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1.      the defendant shall not leave the judicial district without the permission of the court or probation officer;

2.      the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.      the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.      the defendant shall support his or her dependents and meet other family responsibilities;

5.      the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.      the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7.      the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.      the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.      the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

AO 245B (Rev. 3/01) Judgment in a Criminal Case

LUIS FERNANDO GIRALDO
6:05-CR-25-ORL-19DAB

10.    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11.    the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12.    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13.    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1.    The defendant shall perform **75 hours** of community service as a condition of supervision in lieu of paying a fine.

2.    The defendant shall cooperate in the **collection of DNA**, as directed by the Probation Officer.

LUIS FERNANDO GIRALDO
6:05-CR-25-ORL-19DAB

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties immediately.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | -0- | -0- |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

MD/FL - 6/2001

### Luis Fernando Giraldo

### DOCKET NO: <u>6:05-CR-25-ORL-19DAB</u>

Luis Fernando Giraldo, on April 1, 2005,  you entered a plea of guilty to Count One  of the First Superseding Information at Docket Entry # <u>43,</u> charging you with Conspiracy to Possess with Intent to Distribute and to Distribute 500 Grams or More of Cocaine, in violation of Title 21, United States Code, Sections 846, and  841(a)(1) and (b)(1(B)(ii).

We have now reached the stage in the proceedings where it is my duty to address several questions to you and your attorney and the counsel for the government:

| | |
|---|---|
| **Rule 32 Issues** | **(Questions to be posed to the defendant, the defendant's attorney and the attorney for the government:)** |

Have you had the opportunity to read and discuss the presentence report?

Do you have any objections as to the factual accuracy of the report?

Do you wish to make any objections to the probation officer's application of the guidelines?

There being ●● objections to the factual statements contained in the presentence report, the Court adopts those statements as its findings of fact and determines that the applicable guidelines are:

| | |
|---|---|
| **Findings of Fact and Application of Guidelines to Facts** | Total Offense Level ____25____ |
| | Criminal History Category ____I____ |
| | __57____ to __71___ months imprisonment |
| | ___3__ to __5__ years supervised release |
| | $___N/A____ restitution |
| | $ 10,000_____ to $ 2,000,000_____ fine |
| | $ 100_____ special assessment |

*The Government's Motion for Downward Recognition of Defendant's Substantial Assistance (#74) is Granted. The advisory Guideline Range is reduced 3 levels to*

RE: Giraldo, Luis Fernando *Total Offense 22 Criminal History Category I (41-51 mos).*

**Rule 32 Issues**

**(Questions to be posed to the defendant, the defendant's attorney and the attorney for the government:)**

Do you know of any reason why this Court should not now proceed with imposition of sentence?

Do you wish to make a statement or to present any information in mitigation of the sentence?

The Court has asked the defendant why judgment should not now be pronounced, and, after hearing the defendant's response, the Court has found no cause to the contrary. The parties have made statements in their behalf ~~or have waived the opportunity to do~~ so, and the Court has reviewed the presentence report. Pursuant to Title 18, United States Code, Sections 3551 and 3553 and the Sentencing Reform Act of 1984 as modified by United States v. Booker and Fanfan, it is the judgment of the Court that the defendant, Luis Fernando Giraldo, is hereby:

**Imprisonment**

Committed to the custody of the Bureau of Prisons to be imprisoned for a term of *41 months*

**Supervised Release**

Upon release from imprisonment, you shall be placed on supervised release for a term of [ *3 years*

**RE: Giraldo, Luis Fernando**

The term of supervised release shall be unsupervised provided you leave and do not re-enter the United States.  Should you be deported, you shall not re-enter the United States without the express permission of the Secretary of the Department of Homeland Security.  Should you leave and subsequently re-enter the United States prior to the expiration of your term of supervision, you shall report immediately to the United States Probation Office.

**Mandatory Drug Testing**

The mandatory drug testing requirements of the Violent Crime Control Act are imposed.  Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year.

**Special Conditions**

While on supervised release, you shall comply with the standard conditions adopted by the Court in the Middle District of Florida.

In addition, you shall comply with the following special conditions:

**DNA Collection**

You shall cooperate in the collection of DNA, as directed by the probation officer.

**RE: Giraldo, Luis Fernando**

**Fine**

Based upon your  limited financial status, the fine and applicable costs of supervision and imprisonment are waived.

**OR**

**Fine**

It is further ordered that you shall pay to the United States a fine of $_____.

**(Standard)**   You are hereby ordered to begin payment immediately and continue to make payments to the best of your ability until this obligation is satisfied.  If in custody, you are directed to participate in the Bureau of Prison's Financial Responsibility Program, if eligible, and, upon your release from custody, you shall adhere to a payment schedule as determined by the Probation Office.

**OR**

You are hereby ordered to immediately pay this obligation in full.

**Community Service**

In lieu of paying a fine, you shall perform _75_ hours of community service as a condition of supervised release.

**Special Assessment**

It is further ordered that you shall pay to the United States a special assessment of $100 , which shall be due immediately.

4

**RE: Giraldo, Luis Fernando**

**Forfeiture (If applicable)**

It is further ordered that you shall forfeit to the United States those assets previously identified that are subject to forfeiture.

**Denial of Benefits**

You shall be ineligible for federal benefits for 5 years, ending __June 26, 2010.__

**Reasons for Sentence**

After considering the advisory sentencing guidelines and all of the factors identified in Title 18, United States Code, Sections 3553(a)(1) - (7), the Court finds that the sentence imposed is sufficient, but not greater than necessary, to comply with the statutory purposes of sentencing.

*The advisory Guideline range is reduced based on Defendant's 5K1.1 assistance to the Government. Defendant immediately admitted his involvement in the offense, cooperated with his interviews, provided*

**Plea Agreement**

The Court has accepted the Plea Agreement because it is satisfied that the agreement adequately reflects the seriousness of the actual offense behavior and that accepting the Plea Agreement will not undermine the statutory purposes of sentencing. The Court finds that a conviction on the additional count would not affect the offense level or any other guideline computation.

*information on others, including Co-Defendants Tobon and Mora and agreed to testify in this case. He provided information on the source of the cocaine. He has been threatened because of his assistance.*

**RE: Giraldo, Luis Fernando**

**Other Counts**

In accordance with the Plea Agreement, it is ordered that Count __Two__ of the First Superseding Information at Docket Entry # 43, and the original Indictment at Docket Entry # 19, be dismissed.

**Remand**

You are hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**Final Objections**

The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Notice of Appeal of Sentence**

To the extent permitted by your Plea Agreement, you are now advised that it is your right to appeal from the sentence within ten (10) days from this date or from the date the judgment is recorded, whichever is later. Failure to appeal within the ten-day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. You are also advised that you are entitled to assistance of counsel in taking an appeal, and if you are unable to afford a lawyer, one will be provided for you.

**RE: Giraldo, Luis Fernando**

**Instructions to Clerk**

       The Clerk is instructed to attach this sentencing statement to the Judgment and Commitment Order.